1 | QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
2 | 901 F Street, Suite 200
Sacramento, CA 95814
3 | (916) 444-9845

4 | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR S-04-00054 LKK |
|                                 ) |  |
|         Plaintiff,              ) |  |
|     v.                          ) | **STIPULATION AND** |
|                                 ) | **ORDER** |
| WILLIE RUSSELL, JR.,            ) |  |
|                                 ) | DATE:  May 2, 2006 |
|         Defendant.              ) | TIME:  9:30 a.m. |
|                                 ) | DEPT:  LKK |

Plaintiff United States of America, by its counsel, Assistant United States Attorney William S. Wong, and defendant Willie Russell, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for April 18, 2006 should be continued to Tuesday, May 2, 2006 at 9:30 a.m.

/ / / / /

/ / / / /

/ / / / /

U.S. v. Russell 04cr00054 LKK        1
Stip/Proposed Order

Defense counsel has an appearance in another case which requires him to be in court in another county.

                                    Respectfully submitted,

                                    MACGREGOR SCOTT
                                    United States Attorney

DATED:   April 14, 2006       /s/ Quin Denvir
                                    Telephonically authorized to sign
                                    for WILLIAM S. WONG
                                    Assistant U. S. Attorney

DATED:   April 14, 2006       /s/ Quin Denvir
                                    QUIN DENVIR
                                    Attorney at Law
                                    Attorney for Defendant
                                    Willie Russell, Jr.

# O R D E R

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED.

DATED:   April 14, 2006       /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    Senior United States District Judge