QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Willie Russell, Jr.





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>     v.<br><br>WILLIE RUSSELL, JR.,<br><br>     Defendant. | No. CR S-04-00054 LKK<br><br>[PROPOSED]<br>ORDER |

The above matter came before the Court upon remand by the United States Court of Appeals for the Ninth Circuit. For good cause shown, the order of imprisonment previously filed by the Court on December 13, 2004 is vacated and the defendant is sentenced to time served. All other terms of the judgment filed on December 13, 2004 are confirmed and reimposed. The Bureau of Prisons shall release the defendant upon receipt of a copy of this order.

DATED: May 9, 2006

LAWRENCE K. KARLTON
United States District Judge

1