# United States District Court
## Eastern District of California

<table>
<tr>
<td>

UNITED STATES OF AMERICA

v.

**WILLIE RUSSELL, JR.**

(Defendant's Name)

</td>
<td>

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:04CR00054-001**

Rachelle Barbour, Assistant Federal Defender
Defendant's Attorney

</td>
</tr>
</table>

**THE DEFENDANT:**

[✔]    admitted guilt to violation of charge(s) 1, 2, and 3 as alleged in the violation petition filed on August 7, 2006 .
[ ]    was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Report to the Probation Officer | 05/30/2006 |
| 2 | Failure to Notify the Probation Officer of Change of Residence | 06/01/2006 |
| 3 | Use of Controlled Substance | 05/22/2006 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _December 7, 2004_.
The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔ ]                    Charge(s) _4_ is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 19, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

January 3, 2007
Date

e

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:        2:04CR00054-001                                    Judgment - Page 2 of 2
DEFENDANT:          WILLIE RUSSELL, JR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months .

[✔] The court makes the following recommendations to the Bureau of Prisons:
 The Court recommends that the defendant be incarcerated in a Sacramento, California facility, but only insofar as this accords with security classification and space availability.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ]  at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By  _____
                    Deputy U.S.  Marshal